UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ORLANDO PEREZ, *on behalf of himself*
 *and all others similarly situated,*

                                                   18 Civ. 02979 (ILG) (RER)

                       Plaintiffs,

          -against-                               **NOTICE OF MOTION FOR**
                                                    **PRELIMINARY APPROVAL OF**
                                                    **CLASS ACTION SETTLEMENT**

CONSOLIDATED HOUSEKEEPING OF NEW
JERSEY, INC. and OH'KAY CLEANING &
MAINTENANCE, INC. d/b/a CONSOLIDATED
HOUSEKEEPING,

                         Defendants.
-----------------------------------------------------------------X

      Plaintiff Orlando Perez, individually and on behalf of all other similarly situated individuals, by and through his undersigned attorneys and with the consent of Defendants Consolidated Housekeeping of New Jersey, Inc. and Oh'Kay Cleaning & Maintenance, Inc. d/b/a Consolidated Housekeeping, hereby file this Consent Motion to Approve Settlement Agreement, Certify Settlement Class, Authorize Notice to Class, and Schedule Fairness Hearing ("Motion for Preliminary Approval of Class Action Settlement"). Plaintiff respectfully requests that the Court review and approve the terms of the proposed settlement of this action both as a collective action under the Fair Labor Standards Act, 29 U.S.C. § 216(b), and also as a class action under Fed. R. Civ. P. 23 for Plaintiff's claims under the New York Labor Law. Plaintiff also requests the Court to approve the proposed apportionment of the settlement proceeds, after conducting a hearing about the fairness, reasonableness, and adequacy of the proposed settlement. Plaintiff

hereby submits a proposed notice of the settlement to be mailed or delivered to each potential class member, informing them of the terms of the Settlement Agreement, advising them of their rights under the proposed settlement, and giving them an opportunity to be heard about the final approval of the settlement.

The grounds for this motion are that the parties have reached an arms-length settlement of this matter after extensive, bona fide settlement negotiations; that the named Plaintiff, as representative of the class, believes that the proposed settlement is in the best interests of the class as a whole; and that all parties desire to conclude this matter without further expense, delay, and uncertainty of continued litigation. This motion is supported by the accompanying Memorandum of Law and the documents attached thereto.

Dated: New York, New York
      September 11, 2018

Respectfully submitted,

_____
Bruce E. Menken
Beranbaum Menken LLP
*Attorneys for Plaintiffs*
80 Pine Street, 33rd Floor
New York, NY 10005
Tel: 212-509-1616

_____
Jacob Aronauer
The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, NY 10007
Tel: 212-323-6980